**This document was signed electronically on December 17, 2010,
which may be different from its entry on the record.**

**IT IS SO ORDERED.**



_____
**Pat E. Morgenstern-Clarren
United States Bankruptcy Judge**

**Dated: December 17, 2010**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Alfredo Rivera | ) Chapter 13 Case No. 10-17730-M |
| | XXX-XX-6346 | ) |
| | Christina Rivera | ) Hon. Pat E. Morgenstern-Clarren |
| | XXX-XX-2823 | ) |
| | Debtors | ) |

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTORS FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon all the matters scheduled for hearing on December 7, 2010. Upon the representations made in open court and upon the oral motion of the Trustee, the case is hereby dismissed for the following reason(s):

The Debtors are in material default in funding the Plan. The Debtors received notice that failure to make required plan payments could result in dismissal without further notice or hearing through the "Additional Notices for Chapter 13 Cases in Cleveland, Ohio" attached to the court-issued "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, and Deadlines."

The Debtors and/or the Debtors' employer, as well as the future income of the Debtors, are hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Sean Moore, Attorney for Debtors (served via ECF)

Christina & Alfredo Rivera, Debtors
1217 Cedar Drive
Lorain OH 44052

Allstate Marketing, Employer
Attn: Payroll, 5065 N Abbey Road # 8
Elyria OH 44035


CS/bas
12/16/10